NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ROSUVASTATIN CALCIUM PATENT LITIGATION

---

**ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., AND SHIONOGI SEIYAKU KABUSHIKI KAISHA,**
*Plaintiffs-Appellees,*

v.

**AUROBINDO PHARMA LIMITED,**
*Defendant-Appellant,*

and

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellant,*

and

**APOTEX CORP.,**
*Defendant-Appellant,*

and

**COBALT PHARMACEUTICALS INC. AND COBALT LABORATORIES INC.,**
*Defendants-Appellants,*

and

**SUN PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendant-Appellant,*

**and**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellant,*

**and**

**PAR PHARMACEUTICAL, INC.,**
*Defendant-Appellant,*

**and**

**SANDOZ, INC.,**
*Defendant.*

---

2010-1460, -1461, -1462, -1463, -1464, -1465, -1466, -1467, -1468, -1469, -1470, -1471, -1472, -1473

---

Appeals from the United States District Court for the District of Delaware in case nos. 08-MD-1949, 07-CV-0810, 07-CV-0805, 07-CV-0809, 07-CV-0811, 07-CV-0806, 08-CV-0426, and 07-CV-0808, Judge Joseph J. Farnan, Jr.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Richard A. Kaplan and to substitute Jeffry M. Nichols as principal counsel for Teva Pharmaceuticals USA, Inc.,

IT IS ORDERED THAT:

The motion is granted. Jeffry M. Nichols must promptly enter a new entry of appearance.

FOR THE COURT

**OCT 1 8 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles E. Lipsey, Esq.
    Robert B. Breisblatt, Esq.
    Jeffrey S. Ward, Esq.
    Steven A. Maddox, Esq.
    William A. Rakoczy, Esq.
    Dutch Chung, Esq.
    James F. Hurst, Esq.
    Richard A. Kaplan, Esq.
    Jeffry M. Nichols, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**OCT 1 8 2010**

**JAN HORBALY
CLERK**